UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHERWOOD BOSTIC,**

    **Plaintiff,**

**v.**                                               Case No. 5:19cv241-TKW-MJF

**K. WILLIAMS,**

    **Defendant.**

_____/

# O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc.14). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to fully disclose his litigation history as required by the Court's civil rights complaint form.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 2nd day of March, 2020.

        *T. Kent Wetherell, II*
        **T. KENT WETHERELL, II**
        **UNITED STATES DISTRICT JUDGE**